# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO



**FILED**
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 JAN 29 PM 4: 14

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.                       **CRIMINAL No. 03-0568 WJ**

**CHARLES ANTHONY ROYBAL,**

    **Defendants.**

## EMERGENCY MOTION TO QUASH SUBPOENA DUCES TECUM SERVED ON JANUARY 28, 2004 TO THE RECORDS CUSTODIAN FOR THE BERNALILLO COUNTY METROPOLITAN COURT TO APPEAR WITH <u>REQUESTED DOCUMENTS ON FEBRUARY 2, 2004</u>

**COMES NOW** the Bernalillo County Metropolitan Court (hereafter "Movant") through New Mexico Assistant Attorney General David Tourek, and pursuant to Fed. R. Crim. 17(c)(2), respectfully requests that this Court grant its Emergency Motion to Quash Subpoena Duces Tecum.

On January 29, 2004, counsel for Movant attempted to get Defense counsel's position on the Motion, but was unable to get his position at the time the Motion was filed. Due to the nature of the Motion, it should be presumed that the Motion is opposed.

**WHEREFORE,** the Movant respectfully requests that this Court grant its Emergency Motion to Quash Subpoena Duces Tecum issued by Defendant and order all other relief that this Court deems just and proper.

                        Respectfully Submitted,

                        _____

                        David Tourek
                        Attorney for Movant

328

Assistant Attorney General
New Mexico Attorney General's Office
111 Lomas Blvd. N.W. Ste. 300
Albuquerque, NM 87102-2368
(505) 222-9087

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing pleading was faxed and mailed by U.S. Mail, postage prepaid, on January 29, 2004 to:

Ray Twohig, P.C.
8998 Rio Grande Blvd., N.W.
Albuquerque, New Mexico 87114
Fax 898-0004

Tara C. Neda
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
Fax 346-7296

DAVID TOUREK